**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JEFFREY BENGEL,

        Plaintiff,

vs.

HARBOR FREIGHT TOOLS, INC, *et al.*,

        Defendants.

2:16-cv-00007-RFB-VCF

**ORDER**

    Before the Court is the Substitution of Attorney (ECF No. 23). This document is not in compliance with LR IC 5-1. The substitution of attorney is missing Plaintiff's signature.

    Accordingly,

    IT IS HEREBY ORDERED that the Substitution of Attorney (ECF No. 23) is DENIED without prejudice.

    DATED this 4th day of April, 2017.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE